

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00247-CV

IN RE GALE CORBETT                                                    RELATOR
HUTCHINSON

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of

the opinion that relief should be denied.  Accordingly, relator's petition for writ of

mandamus is denied.

PER CURIAM

PANEL:  MCCOY, GARDNER, and MEIER, JJ.

DELIVERED:  July 19, 2011

------------

[1]See Tex. R. App. P. 47.4, 52.8(d).